**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2054MN

St. Paul Fire and Marine Insurance          *
Company, a Minnesota corporation,           *
                                            *
        Plaintiff-Appellee,                 *
                                            *
    v.                                      *
                                            *   Appeal from the United States
National Real Estate Clearinghouse,         *   District Court for the District
Inc., an Illinois corporation;              *   of Minnesota.
                                            *
        Defendant,                          *       [UNPUBLISHED]
                                            *
George W. Dress, a citizen of the State     *
of Washington,                              *
                                            *
        Defendant-Appellant.                *

                        _____

                Submitted:  February 13, 1998
                   Filed: February 20, 1998

                        _____

Before FAGG, JOHN R. GIBSON, and MURPHY, Circuit Judges.

                        _____

PER CURIAM.

    This diversity-based declaratory judgment action concerns a coverage dispute between St. Paul Fire and Marine Insurance Company (St. Paul) and George W. Dress. Contrary to Dress's view, the district court held that St. Paul was not obligated to

defend or indemnify its insured against Dress's claim.  Because this is a diversity case, we review de novo questions of state law.  After reviewing the record and the parties' briefs, we are satisfied the district court correctly applied the controlling state law and properly resolved the issues.  Because an extended opinion by this court would have no precedential value in this diversity case, we affirm the judgment substantially for the reasons stated in the district court's memorandum opinion and order.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.